Robert Chambers v. Dr. S. J. D. Meade.

**Instruction to Jury to Disregard Evidence at Choice Erroneous.**

It is error to charge a jury that they have the "right to disregard any evidence that you choose and consider that only which appeals to your sense of justice and fairness."

Error.

*Ernst, Cassatt & Cottle,* for plaintiff in error.

*Millard Tyree,* for defendant in error.

The plaintiff below sued for $500 for professional services, and was given a verdict in full, with interest.

Empire Coal Min. Co. v. Jones Co.

## JONES, J.

There is no evidence that the proposition made by Mr. Chambers was accepted or assented to by Dr. Meade. Hence, the verdict below was sustained by the evidence and the judgment must be reversed.

In the general charge we find the following statement:

"No issue is raised whatever by the defendant executor. His answer is a mere general denial."

And on the same page:

"You have the right to disregard any evidence that you choose and consider that only which appeals to your sense of justice and fairness."

The exact language last quoted was found to be erroneous in *Rosenthal* v. *Schreiber,* Court Index of May 27, 1912.

To say that a general denial raises no issue is so clearly erroneous as to make comment unnecessary. It may not have been prejudicial here.

**Smith** and **Swing**, **JJ.**, concur.